Arquimedes CONSTANTINY; Carlos Cerda; Miguel Cerda; Estate of James O. Gray; William L. Brown; Gregory L. Freeman; John H. Mosley; John L. Polhill; Ernest Rhymer; Everret Turner; Sean Witherspoon; Ermias Yibass; Mike Yohanes; Samuel Ajayi; Corwyn Hatter; Adumanisa Malae; Pierre Siankam; William Spates; Alphonse Koffi, Plaintiffs–Appellants,

and

Marianne Baziruwiha, Plaintiff,

v.

SUPERSHUTTLE INTERNATIONAL CORPORATION; Washington Shuttle, Incorporated; Doug Clarke, General Manager–Supershuttle, Washington, D.C., Incorporated; Kavard Moore, Jr.; Alvin Bailey, Director of Operations Super Shuttle, Washington, D.C.; Super Shuttle, Washington D.C.; Paul Ellicot, General Manager, Super Shuttle, BWI, Defendants–Appellees.

Estate of James O. Gray, Plaintiff–Appellant,

and

Marianne Baziruwiha; Everret Turner; Alphonse Koffi; Arquimedes Constantiny; Miguel Cerda; Carlos Cerda; Gregory L. Freeman; William Spates; John H. Mosley; Corwyn Hatter; John L. Polhill; Sean Witherspoon; Pierre Siankam; Ermias Yibass; Mike Yohanes; Samuel Ajayi; William L. Brown; Ernest Rhymer; Adumanisa Malae, Plaintiffs,

v.

Supershuttle International Corporation; Washington Shuttle, Incorporated; Doug Clarke, General Manager–Supershuttle, Washington, D.C., Incorporated; Kavard Moore, Jr.; Alvin Bailey, Director of Operations Super Shuttle, Washington D.C.; Super Shuttle, Washington D.C.; Paul Ellicot, General Manager, Super Shuttle, BWI, Defendants–Appellees.

Marianne Baziruwiha, Plaintiff–Appellant,

and

Everret Turner; Alphonse Koffi; Arquimedes Constantiny; Miguel Cerda; Carlos Cerda; James O. Gray; Gregory L. Freeman; William Spates; John H. Mosley; Corwyn Hatter; John L. Polhill; Sean Witherspoon; Pierre Siankam; Ermias Yibass; Mike Yohanes; Samuel Ajayi; William L. Brown; Ernest Rhymer; Adumanisa Malae, Plaintiffs,

v.

Supershuttle International Corporation; Washington Shuttle, Incorporated; Doug Clarke, General Manager–Supershuttle, Washington, D.C., Incorporated; Kavard Moore, Jr.; Alvin Bailey, Director of Operations Super Shuttle, Washington, D.C.; Super Shuttle, Washington D.C.; Paul Ellicot, General Manager, Super Shuttle, BWI, Defendants–Appellees.

Nos. 08–1348, 08–1349, 08–1374.

United States Court of Appeals, Fourth Circuit.

Submitted: Feb. 24, 2009.

Decided: March 26, 2009.

Uduak James Ubom, Washington, D.C., for Appellants in Nos. 08–1348 and 08–1349. Marianne Baziruwiha, Appellant Pro Se in No. 08–1374. Ralph Edward Kipp, Fairfax, Virginia, for Appellees.

Before WILKINSON, KING, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

In these consolidated appeals,* Plaintiffs appeal the district court's order granting Defendants' Fed. R. Civ. P. 41(b) motion to dismiss for failure to prosecute and dismissing their race, color, and national origin discrimination claims under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e–17 (2000) and 42 U.S.C. § 1981 (2000), as well as several state law contract and tort causes of action. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. *See Baziruwiha v. Supershuttle Int'l Corp.,* No. 1:05–cv–01146–JCCBRP (E.D.Va. Feb. 26, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*

---

* Although the appeals have been separately briefed and considered, the court consolidates them for purpose of issuing a consolidated opinion.